# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERTS PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 23-CV-00452-TFM-N |
| | ) | |
| MOBILE COUNTY SHERIFF'S DEPT., | ) | |
| et al. | ) | |
| Defendants. | ) | |

### MOBILE COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS

Comes now the Mobile County Sheriff's Department and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, files this, it's motion to dismiss. As grounds for its motions sets forth as follows:

The Mobile County Sheriff's Department is not a legal entity subject to being sued. See *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992) (finding the Jefferson County Sheriff's Department is not a legal entity and, therefore, is not subject to suit or liability under section 1983); *Holifield v. Mobile Cty. Sheriff's Dep't of Mobile Cty.*, No. 07-0321-CG-C, 2008 U.S. Dist. LEXIS 111640 (S.D. Ala. May 2, 2008)

As alternative grounds for dismissal, the Mobile County Sheriff's Dept. adopts the relevant portions of the brief submitted by the State Defendants (Doc. 6). Specifically, that the plaintiff's claims are time barred by the two-year statute of limitations and that his claims, including his claims pursuant to the First and Fourteenth Amendments fail on the merits.

Respectfully submitted,

*/s/ K. Paul Carbo, Jr*

K. Paul Carbo, Jr. (CARBK8014)
Attorney for the Defendant
The Atchison Firm P.C.
411 Azalea Road
Mobile, AL 36609
251.665.7200
paul.carbo@atchisonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on this the 29th day of December, 2023 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECT system which will notify all counsel of record and mailed a copy of same to pro se Plaintiff at his address of record by U.S. Postal Service, first-class postage prepaid, as follows:

Robert Peterson
5800 Innsbruck Dr.
Mobile, AL 36608

/s/K. Paul Carbo, Jr.