FILED MAY 2 '24 PM 3:11 USDCALS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of ALABAMA
SOUTHERN DIVISION

ROBERT E. PETERSON,
    Plaintiff
v.                                         Case No: 1-23-cv-00452-TFM-N
ALABAMA STATE ATTORNEY
GENERAL, et. al.,

MOTION TO CONTINUE CASE UNTIL A DECISION IS RELEASED IN CHEVRON CASE BY THE UNITED STATES SUPREME COURT WHICH MAY AFFECT THIS CASE

GREETINGS:

NOW INTO COURT, comes, ROBERT PETERSON, Pro Se, who respectfully seeks a continuance or delay in the above mentioned case for the following reasons to-wit:

ARGUMENT IN SUPPORT

Petitioner/Plaintiff, ROBERT PETERSON, currently has pending before this Honorable Court a motion filed under 42 U.S.C., section 1983, seeking an injunction preventing him and/or excluding him

(1)

from having to register as a sex offender under the State of Alabama's ASORNA act.

That Plaintiff, although convicted many years prior to the ASORNA act becoming effective, Plaintiff is required to register and the law made retroactive and applicable ONLY due to an "ADMINISTRATIVE LEGAL OPINION" issued by Defendant-Attorney General's Office under the CHEVRON deference rule, which empowers an administrative agency within the EXECUTIVE Branch of Government to issue "LEGAL OPINIONS" regarding retroactive application of ALABAMA'S ASORNA sex offender registration and it is this administrative legal opinion authorized to be issued under "CHEVRON" that the UNITED STATES SUPREME COURT has heard arguments and will be releasing its opinion on CHEVRON, in June 2024.

Plaintiff claims that his retroactive registration requirement MAY no longer be required if the Supreme Court overturns the "CHEVRON" case. Therefore, he urgently seeks a continuance of his case pending the release by the Supreme Court of its decision which may have a significant bearing on his matter challenging his registration requirements under Alabama's ASORNA act.

(2)

## CONCLUSION

Finally, Plaintiff prays this Honorable court grant a continuance and withhold any ruling until release of the Supreme Court's ruling in the CHEVRON case as it may affect his pending "Motion for Injunction," prohibiting the State of Alabama from requiring him to register under the ASORNA act.

Respectfully Submitted,

/s/ Robert Peterson
Robert Peterson, Plaintiff

## CERTIFICATE OF SERVICE

I, Robert Peterson, hereby certify that I have mailed a true and correct copy of this motion to the Attorney General of Alabama by mailing same first-class postage prepaid on this 14th day of April 2024.

Respectfully,

/s/ Robert Peterson
Robert Peterson, Plaintiff

(3)

Tim Peters
Name:  Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Case 1:23-cv-00452-TFM-R Document 13 Filed 05/03/24 Page 4 of 4 PageID #: 125

RALEIGH NC 275
Research Triangle Region
25 APR 2024 PM 1 L

◇11651-003◇
Clerk Of Court
Southern Dist. of Alabama
113 Saint Joseph ST
Mobile, AL 36602
United States

Haslag
615 ??? Ave.
Columbia, MO 65203

36602-362413